# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Oweda S., | Case No. 23-CV-0208 (PJS/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| Kilolo Kijakazi, Acting Commissioner of Social Security, | |
| Defendant. | |

This matter is before the Court on the Report and Recommendation issued on December 4, 2023 (Dkt. No. 16). No party filed objections to the Report and Recommendation within the time period permitted.  **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (Dkt. No. 16) is **ADOPTED**;

2. The relief requested in Plaintiff's Brief (Dkt. No. 13) is **DENIED**;

3. Defendant's request to affirm the Commissioner's decision (Dkt. No. 15) is **GRANTED**; and

4. The Commissioner's decision is **AFFIRMED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 12/20/23

s/Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court